IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY JEROME FITZGERALD
ADC # 106273                                                                                       PLAINTIFF


V.                                          5:09CV00187 SWW


GREG ROBINSON, Attorney,
Greg Robinson Law Firm; JODI RAINES
DENNIS, Circuit Judge, Jefferson County; and
JEFFERSON COUNTY SHERIFF DEPARTMENT                          DEFENDANTS


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 10th day of July, 2009.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE